

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2022

No. 04-21-00489-CR

**THE STATE OF TEXAS,**
Appellant

v.

Ruben **ELIZONDO,**
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 657461
Honorable Melissa Vara, Judge Presiding

# O R D E R

On February 14, 2022, Appellant filed a motion to supplement the clerk's record. Appellant seeks to include the reverse side of a Motion to Compel Compliance with Subpoena and Show Cause.

To supplement the appellate record, Appellant "may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item[s]." *See* TEX. R. APP. P. 34.5(c)(1).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court